LYNNE A. BUI
KHLORIS BIOSCIENCES, INC.
P.O. Box 3167
Saratoga, California 95070
Telephone: (415) 937-1459
Email: lynne.bui@gmail.com

FILED
NOV 05 2026
CH
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

For Plaintiff KHLORIS BIOSCIENCES, INC.
(Counsel admitted to the bar of this Court to be substituted; see Notice Regarding Retention of Counsel filed herewith)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| KHLORIS BIOSCIENCES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH C. WU, an individual; GREENSTONE BIOSCIENCES, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 26 13248 NC<br><br>**PLAINTIFF KHLORIS BIOSCIENCES, INC.'S CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1) AND CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-15)** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Plaintiff Khloris Biosciences, Inc. states that it has no parent corporation. Bayer AG, a publicly held corporation, owns, through its investment arm Leaps by Bayer, 10% or more of Khloris Biosciences, Inc.'s stock.

## CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Lynne A. Bui — President, Chief Executive Officer, and director of Plaintiff Khloris Biosciences, Inc.

2. The Dorcester Group, Inc. — stockholder of Plaintiff Khloris Biosciences, Inc.

3. Pemberley 2018 Trust — owner of The Dorcester Group, Inc.

4. Leaps by Bayer, the investment arm of Bayer AG — stockholder of Plaintiff Khloris Biosciences, Inc.

5. Bayer AG — parent of Leaps by Bayer.

6. Joseph C. Wu — Defendant; co-founder, former director, and stockholder of Plaintiff Khloris Biosciences, Inc.

7. The Board of Trustees of the Leland Stanford Junior University — former licensor to Plaintiff Khloris Biosciences, Inc., licensor to Defendant Greenstone Biosciences, Inc., and employer of Defendant Joseph C. Wu.

Dated: November 5, 2026

KHLORIS BIOSCIENCES, INC.

By: ______________________
Lynne A. Bui
President and Chief Executive Officer