FILED

NOV 05 2026 CH

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LYNNE A. BUI, M.D.
KHLORIS BIOSCIENCES, INC.
P.O. Box 3167
Saratoga, California 95070
Telephone: (415) 937-1459
Email: lynne.bui@gmail.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| KHLORIS BIOSCIENCES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH C. WU, an individual; GREENSTONE BIOSCIENCES, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 26 13248 NC<br><br>**PLAINTIFF'S NOTICE REGARDING RETENTION OF COUNSEL AND REQUEST FOR 45 DAYS FOR COUNSEL TO APPEAR** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

1. Plaintiff Khloris Biosciences, Inc. ("Khloris") filed its Complaint on November 5, 2026 to preserve its claims against Defendants Joseph C. Wu and Greenstone Biosciences, Inc. before the expiration of potentially applicable limitations periods. The Complaint is signed on Khloris's behalf by its President and Chief Executive Officer, Lynne A. Bui.

2. Khloris is aware that a corporation may appear in federal court only through licensed counsel, *Rowland v. California Men's Colony*, 506 U.S. 194, 201–02 (1993), and that under Civil Local Rule 3-9(b) a corporation may appear only through a member of the bar of this Court.

3. Khloris is actively retaining counsel admitted to practice before this Court. Khloris respectfully requests that the Court allow forty-five (45) days from the date of filing of the Complaint for counsel to file a notice of appearance on Khloris's behalf and to adopt,

or amend, the Complaint, and that the Court not strike or dismiss the Complaint during that period on the ground that it was not signed by counsel.

4. Pending the appearance of counsel, Khloris will take no action in this case other than steps necessary to preserve its claims, including the issuance and service of summons under Federal Rule of Civil Procedure 4.

5. Khloris further requests that any appearance by counsel and any amended complaint filed by counsel be deemed to relate back to the November 5, 2026 filing date of the original Complaint. *See* Fed. R. Civ. P. 11(a), 15(c)(1)(B).

Dated: November 5, 2026

KHLORIS BIOSCIENCES, INC.

By: ______________________
Lynne A. Bui
President and Chief Executive Officer