UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KHLORIS BIOSCIENCES, INC.,
Plaintiff,

v.

JOSEPH C. WU, and others,
Defendants.

Case No. 26-cv-13248 NC

**ORDER TO SHOW CAUSE AS TO WHY COMPLAINT SHOULD NOT BE STRICKEN AND CASE DISMISSED WITHOUT PREJUDICE**

Re: ECF 1

Plaintiff Khloris Biosciences, Inc. filed the Complaint in this case on November 6, 2026. ECF 1. Khloris asserts that it is a corporation. ECF 1. Under N.D. California Civil Local Rule 3-9(b), as Plaintiff acknowledges in a motion at ECF 3, a corporation "may appear only through a member of the bar of this Court." Khloris has not appeared through a member of the bar of this Court, so is in violation of Local Rule 3-9(b).

Accordingly, by November 20, 2026, Khloris must show cause in a filed writing as to why its Complaint should not be stricken and the case dismissed without prejudice for failure to comply with Local Rule 3-9(b). Defendants need not appear and need not respond to the Complaint while this OSC is pending. The Clerk will not issue the summons until this issue is resolved.

**IT IS SO ORDERED.**

Dated: November 6, 2026

NATHANAEL M. COUSINS
Chief Magistrate Judge

United States District Court
Northern District of California